■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAVERIO JOSEPH SENAPE, Appellant. [716 NYS2d 877] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered March 14, 1996, convicting him of grand larceny in the second degree, unauthorized practice of a profession, offering a false instrument for filing in the first degree (eight counts), and falsifying business records in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. O'Brien, J. P., Goldstein, Florio and McGinity, JJ., concur.